

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2018

No. 04-17-00026-CV

Michele R. **PAULI**
Appellant / Cross-Appellee

v.

Michael D. **HAYES** and Teresa C. Hayes
Appellees / Cross-Appellants

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-12272
Honorable Solomon Casseb, III, Judge Presiding

## C O R R E C T E D   O R D E R

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

The Appellees Unopposed Motion for Leave to File Post Submission Brief is GRANTED.

Entered this 9th day of February, 2018.

**PER CURIAM**

Attested to: _____
              Keith E. Hottle,
              Clerk of Court

